IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | | |
|---|---|---|
| SANDRA CURET SANTIAGO, et al. | * | |
| Plaintiffs | * | Civil No. 97-2292(SEC) |
| | * | |
| v. | * | EMTALA |
| | * | |
| CENTRO DE MEDICINA FAMILIAR | * | |
| DE SANTURCE, INC., et al. | * | |
| Defendants | * | |
| ************************************ | | |
| HATO REY COMMUNITY HOSPITAL | * | |
| Third-party plaintiff | * | |
| | * | |
| v. | * | |
| | * | |
| SEGUROS TRIPLE-S, INC. and | * | |
| DR. ANTONIO SALDAÑA DE LA ROSA | * | |
| Third-party defendants | * | |
| ************************************ | | |

## ORDER

The information provided by plaintiffs (**Docket # 59**) is **NOTED**. Furthermore, pursuant to plaintiffs' requests (**Dockets # 59 and # 60**) the Court hereby **ORDERS** that **DEFAULT BE ENTERED** against defendant Dr. Ariel Vera.

**SO ORDERED.**

In San Juan, Puerto Rico, this 31st day of August, 1999.

SALVADOR E. CASELLAS
United States District Judge

AO 72A
(Rev.8/82)