UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

SANDRA CURET SANTIAGO, et al.
    Plaintiffs
        v.                Civil No. 97-2292(SEC)
CENTRO DE MEDICINA FAMILIAR
DE SANTURCE, et al.
    Defendants



**ORDER**

| MOTION | RULING |
|---|---|
| **Docket #62**<br>**Co-defendant Centro de Medicina Familiar de Santurce's Motion in Regard to Status of Bankruptcy Petition** | Noted. Pursuant to the automatic stay provision of the Bankruptcy Code at 11 U.S.C. § 362, all proceedings against co-defendant Centro de Medicina Familiar de Santurce, Inc. are **STAYED** pending the resolution of the pending bankruptcy proceedings. **Defendant is hereby advised that immediately upon resolution of the pending bankruptcy case, it must file an informative motion with the Court to that effect.** All other proceedings in the above-captioned case shall continue pursuant to this Court's scheduling order. |

DATE: September 13, 1999

/s/ SALVADOR E. CASELLAS
United States District Judge

| Rec'd: | EOD: |
|---|---|
| By: | # 67 |