## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO



SANDRA CURET SANTIAGO, et al.
    Plaintiffs

          v.
                      Civil No. 97-2292(SEC)

CENTRO DE MEDICINA FAMILIAR
DE SANTURCE, INC., et al.               EMTALA
    Defendants

## ORDER

| MOTION | RULING |
|---|---|
| **Docket # 61**<br>Hato Rey Community Hospital's "Motion in Compliance with Court Order and Requesting Entry of Default" | Co-defendant's compliance is **noted**. However, its request for entry of default is **denied**, as third-party defendants have answered the third-party complaint. |
| **Docket # 66**<br>Co-defendants Antonio Saldaña de la Rosa and Seguros Triple S, Inc.'s "Opposition to Motion Requesting Entry of Default…" | Leave to file answer to amended third-party complaint is **granted**. The Clerk of the Court shall file co-defendants' tendered answer. |
| **Docket # 69**<br>Co-defendant Ariel Vera's "Motion Setting Entry of Default" | Considering that the Court's order directing that default be entered against co-defendant Vera and the latter's answer to the amended complaint were both filed on the same date, the Court **grants** co-defendant's motion. Accordingly, default against co-defendant Ariel Vera is hereby **set-aside**. |
| **Docket # 70**<br>Co-defendant Doctor's Community Hospital's "Notice of Appearance" | Attorney Dieppa-González's motion to withdraw was granted on August 19, 1999. See Docket # 58. The appearance of Jeanette López de Victoria is **noted**. The Clerk of the Court shall forward all future notifications to Ms. López de Victoria at Pinto Lugo & Rivera, P.O. Box 9024098, PR 00902-4098. |

DATE: November 23, 1999

SALVADOR E. CASELLAS
United States District Judge

72