IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

SANDRA CURET SANTIAGO, et al.    *
                                 *
Plaintiffs                       *    Civil No. 97-2292(SEC)
                                 *
v.                               *    EMTALA
                                 *
CENTRO DE MEDICINA FAMILIAR      *
DE SANTURCE, INC., et al.        *
                                 *
Defendants                       *
* * * * * * * * * * * * * * * * * * * * * * * * * * *

ORDER

The original complaint in this case was filed on August 28, 1997. (Docket # 1). On May 15, 1998, the Court issued a Case Management Order (Docket # 22) setting forth, *inter alia*, the following deadlines:

- conclusion of discovery            December 24, 1998

- motions for summary judgment       February 4, 1999

- pretrial and settlement report     March 4, 1999

- pretrial and settlement conference anytime after March 11, 1999.

Since then, these deadlines have been extended twice (Docket # 46, Margin order and Docket # 58). Co-defendant Ariel Vera is now requesting that they be extended again. (Docket # 65).

Considering that this case was filed more than two years ago and that the case management deadlines have been twice extended, the Court hereby DENIES co-defendant's motion. Nevertheless, the parties shall have until November 30, 1999, for filing motions for



AO 72A
(Rev. 8/82)

Civil No. 97-2292(SEC)     2
---

summary judgment. Discovery is deemed concluded.

    SO ORDERED.

In San Juan, Puerto Rico, this 23 day of November, 1999.

                    SALVADOR E. CASELLAS
                    United States District Judge