IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

SANDRA CURET SANTIAGO, et al.  *
                               *
Plaintiffs                     *    Civil No. 97-2292(SEC)
                               *
v.                             *
                               *
CENTRO DE MEDICINA FAMILIAR    *
DE SANTURCE, INC., et al.      *
                               *
Defendants                     *
*************************************

## ORDER

The parties in this case are hereby **ORDERED** to file a joint pretrial and settlement report on or before **Monday, January 17, 2000**. The Court will set a pretrial and settlement conference anytime thereafter.

**SO ORDERED.**

In San Juan, Puerto Rico, this 23 day of December, 1999.

SALVADOR E. CASELLAS
United States District Judge



AO 72A
(Rev. 8/82)