IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| MINUTES OF PROCEEDINGS | DATE: FEBRUARY 11, 2000 |
| HONORABLE ROBERT J. WARD | CIVIL NO. 97-2292(SEC) |

| | | |
|---|---|---|
| **SANDRA CURET,** | * | Attorneys: |
| Plaintiff, | * | Plaintiff: L. Guzman |
| vs. | * | |
| | | Defendant: R. Millan |
| **CENTRO DE MEDICINA FAMILIAR** | * | |
| Defendant | * | |

Counsel meet with Court in Chambers. Settlement of this action is discussed. Further Conference to be held on February 22, 2000 at 4:30 PM.

_____
Operations Manager