IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

SANDRA CURET SANTIAGO
JUAN ANTONIO CASTILLO,

       Plaintiffs,

v.

CENTRO DE MEDICINA FAMILIAR DE
SANTURCE, INC.; HATO REY COMMUNITY
HOSPITAL; DOCTORS COMMUNITY
HOSPITAL; DR. ARIEL VERA

       Defendants,

v.

DR. ANTONIO SALDANA DE LA ROSA AND
SEGUROS TRIPLE S, INC.

       Third-party
       Defendants

CIVIL NO. 97-2292 (SEC)

## COURT'S RECOMMENDATION

After conferring with counsel for the parties, the Court recommends a settlement in the amount of $31,000 which shall include the sum of $1,000 for the fees of plaintiffs' expert.

Dated:    San Juan, Puerto Rico
           February 22, 2000

_____
U. S. D. J.

