IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

SANDRA CURET SANTIAGO and        *
JUAN ANTONIO CASTILLO            *
                                 *
Plaintiffs                       *      Civil No. 97-2292(SEC)
                                 *
v.                               *
                                 *
CENTRO DE MEDICINA FAMILIAR      *
DE SANTURCE, INC., et al.        *
                                 *
Defendants                       *
*************************************

## ORDER

Upon Judge Ward's recommendation, the parties are hereby **ORDERED** to inform the Court about the outcome of settlement negotiations no later than **April 3, 2000**.

**SO ORDERED.**

In San Juan, Puerto Rico, this _13_ day of March, 2000.

SALVADOR E. CASELLAS
United States District Judge

AO 72A
(Rev. 8/82)