IN THE UNITED STATES DISTRICT
FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF SETTING**

Date: May 10, 2000

```
SANDRA CURET-SANTIAGO, et al    *
                                *
     Plaintiffs                 *
                                *
vs.                             *        CIVIL NO. 97-2292 (SEC)
                                *
CENTRO DE MEDICINA, et al       *
                                *
     Defendants                 *
                                *
********************************
```

By Order of the Court, **a Pretrial/Settlement Conference** is hereby set for **May 23, 2000 at 10:00 a.m.**

This proceeding will be held before Honorable Salvador E. Casellas.

Kim Flores
Courtroom Deputy Clerk

s/c  Luis A. Guzmán-Dupont
     Robert Millán
     Dennis J. Cruz-Pérez
     Vanessa Viera-Rabelo
     Roberto E. Ruiz-Comas
     Vivian Durieux

