IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| SANDRA CURET SANTIAGO<br>and JUAN ANTONIO CASTILLO<br><br>Plaintiffs<br><br>v.<br><br>CENTRO DE MEDICINA FAMILIAR<br>DE SANTURCE, INC., et al.<br><br>Defendants<br><br>v.<br><br>DR. ANTONIO SALDAÑA DE LA ROSA<br>and SEGUROS TRIPLE S, INC.<br><br>Third-Party Defendants | Civil No. 97-2292(SEC) |

### ORDER

Third-party defendants' motion for continuance of pretrial and settlement conference (**Docket # 85**) is hereby **DENIED**. The pretrial and settlement conference will be held as scheduled on **Thursday, May 23, 2000, at 10:00 a.m.**

**SO ORDERED.**

In San Juan, Puerto Rico, this 17 day of May, 2000.

SALVADOR E. CASELLAS
United States District Judge

AO 72A
(Rev. 8/82)