# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO
## MINUTES OF PROCEEDINGS

CIVIL CASE NO: 97-2292 (SEC)                DATE: May 23, 2000

---

SANDRA CURET SANTIAGO
and JUAN ANTONIO CASTILLO
    Plaintiffs

        v.

CENTRO DE MEDICINA FAMILIAR
DE SANTURCE, INC., et al.
    Defendants

        v.

DR. ANTONIO SALDAÑA DE LA ROSA
and SEGUROS TRIPLE S, INC.
    Third-Party Defendants

Attorneys:

Luis Guzmán Dupont, Esq.

Jeannette M. López de Victoria,
Dennis J. Cruz Pérez,
Roberto Ruiz Comas, Esqs.

Vivian Durieux Rodríguez, Esq.

---

## PRETRIAL AND SETTLEMENT CONFERENCE

A pretrial and settlement conference was **held** in chambers today to discuss the status of the case.

The parties informed that they had reached an agreement disposing of all the claims in this case.

SALVADOR E. CASELLAS
U.S. District Judge



