IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

SANDRA CURET SANTIAGO, et al.    *
                                 *
Plaintiffs                       *   Civil No. 97-2292(SEC)
                                 *
v.                               *
                                 *
CENTRO DE MEDICINA FAMILIAR      *
DE SANTURCE, et al.              *
                                 *
Defendants                       *
*************************************

## ORDER

At the pretrial and settlement conference held on May 23, 2000, the parties informed that they had reached an agreement to settle this case. However, the Court has not yet received their stipulation of dismissal. Accordingly, the parties are hereby **GRANTED ten (10) days** to file a stipulation of dismissal pursuant to Fed. R. Civ. P. 41(a)(1)(ii).

**SO ORDERED.**

In San Juan, Puerto Rico, this 21st day of June, 2000.

SALVADOR E. CASELLAS
United States District Judge



AO 72A
(Rev. 8/82)