IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| SANDRA CURET-SANTIAGO, et al. | |
| Plaintiffs | Civil No. 97-2292(SEC) |
| v. | |
| CENTRO DE MEDICINA FAMILIAR DE SANTURCE, INC., et al. | |
| Defendants | |

## ORDER

The Court has reviewed the parties' settlement agreement (**Sealed Docket # 90**) and finds it fair and equitable. Furthermore, the Court finds the amount of one thousand (1,000) dollars to be reasonable fees for the services rendered by plaintiffs' expert witness, Dr. Edgar Torres-Alamo in this action.

Accordingly, upon the parties' stipulation (**Docket # 92**), the Court hereby **DISMISSES** this case with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(ii). Judgment shall follow accordingly.

**SO ORDERED.**

In San Juan, Puerto Rico, this 21 day of July, 2000.

SALVADOR E. CASELLAS
United States District Judge

AO 72A
(Rev. 8/82)