IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

ENTERED ON DOCKET
JUL 2 8 2000
PURSUANT
TO FRCP RULES 58 & 79a

| | | |
|---|---|---|
| SANDRA CURET-SANTIAGO, et al. | * | |
| | * | |
| Plaintiffs | * | Civil No. 97-2292(SEC) |
| | * | |
| v. | * | |
| | * | |
| CENTRO DE MEDICINA FAMILIAR | * | |
| DE SANTURCE, INC., et al. | * | |
| | * | |
| Defendants | * | |

**JUDGMENT**

Pursuant to the order of even date, this case is hereby **DISMISSED** with prejudice. Judgment is hereby entered accordingly.

**SO ORDERED.**

In San Juan, Puerto Rico, this 21 day of July, 2000.

SALVADOR E. CASELLAS
United States District Judge